

**COPY**

MAY 15 2024  MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
DEPUTY

District Judge Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN THE EX PARTE MATTER OF:<br><br><br><br>THOMAS PRINS, | Case No. 3:24-mc-5006 |

## DECLARATION OF EDDIE WANG, M.D.

I, Eddie Wang, make the following statements under oath and subject to the penalty of perjury pursuant to the provision of 28 U.S.C. § 1746.

1.    I am the IHSC Clinical Director at Northwest ICE Processing Center (NWIPC). My duties include providing medical care for noncitizens, supervising and consulting with advanced practice providers, and advising and supporting the health service administrator.

2.    This declaration is made in support of a request for involuntary hydration for Thomas Prins, (Prins) who remains detained at the NWIPC. I am one of the treating providers for noncitizen Prins, and I make this declaration upon a review of his medical record and extensive consultation with treatment providers.

3.    Prins continues his hunger strike and as of May 13, 2024, he has missed 145 meals. He continues to refuse medical assessments. Involuntary intravenous fluids with ███ ███ is necessary to prevent permanent organ damage and possibly death.  This request for involuntary

intravenous hydration is in addition to the involuntary medical assessments and lab testing which are still required.

4.    On May 13, 2024, Prins' vitals were obtained involuntarily.

5.    Of particular importance from these lab results is

6.    If correction of ████████ is carried out too rapidly, the patient would risk of Central Pontine Myelinolysis (CPM), a rare neurologic condition frequently caused by the rapid correction of ████████. This condition is characterized by damage to regions of the brain, most commonly pontine white matter tracts. CPM is a condition affecting myelin and nerve cells in the middle part of the brainstem called pons. The brainstem relays information between the spinal cord and the other parts of the brain. It also helps control essential functions like breathing, digestion, and heart rate. In CPM, damage to the myelin sheath can lead to the injury and death of nerve cells. This occurs when ████ levels rise too quickly because of rapid correction. Current recommendations are that the rate of ████ correction should not exceed 8-12 mmol/L/day to avoid these complications.

7.      Recorded weights for Prins have varied, depending on whether he cooperates with medical staff or must be weighed involuntarily using a wheelchair and depending on calibration for the specific wheelchair used.  The most recent recorded weight taken the evening of May 14, 2024, was approximately ███ lbs.  Going forward, IHSC intends to only use the same wheelchair for weighing and staff will perform multiple checks for accuracy.

8.      The issuance of a court order to perform involuntary intravenous hydration is medically necessary to preserve and sustain Prins' health, welfare, medical safety, and life.  Intravenous hydration ████████████ will periodically be necessary for the duration of Prins' hunger strike.

9.      Should Prins refuse to cooperate with the involuntary hydration, medical soft restraints are required to immobilize the patient and prevent unnecessary injury to both the patient and medical staff.  This is done to ensure Prins' health, welfare, medical safety, and preserve life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2024.

Eddie Wang, M.D.
Clinic Director
NWIPC