District Judge Tiffany M. Cartwright

_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

MAY 2 0 2024    KS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE EX PARTE MATTER OF:

THOMAS PRINS

████  ██

Case No. 3:24-mc-05006-TMC

STATUS REPORT

**FILED UNDER SEAL**

Pursuant to this Court's Order (Dkt. No. 14), the United States Immigration and Customs Enforcement ("ICE") submits the attached declaration of Dr. Eddie Wang as this week's status report for Thomas Prins.

DATED this 20th day of May, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Government*

STATUS REPORT
[Case No. 3:24-mc-05006-TMC] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800